**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | November 24, 2025 |
| TIME: | 12:00 P.M. |
| DOCKET NUMBER(S): | CV-24-7770 (GRB) |
| NAME OF CASE(S): | Heres et al v. Seasons at Massapequa Home Owners Assoc. Inc. et al |
| FOR PLAINTIFF(S): | Bahamonde |
| FOR DEFENDANT(S): | Sherven, Farneti |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (12:00 - 1:15) |

RULINGS FROM Motion Hearing:

Plaintiffs' Letter MOTIONs to Compel [31][32][33][34][35][36] are granted in part and denied in part. Defendants will supplement responses as discussed by December 8, 2025.