**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Jennifer Sherven, Esq.**
JSherven@kaufmandolowich.com

**Joseph Farneti, Esq.**
Joseph.farneti@kaufmandolowich.com

March 5, 2026

**VIA ECF**
Hon Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        **RE:** *Heres et, al. v. Seasons at Massapequa Home Owners Assoc., et. al.*
        **Index No. 24-cv-7770(SLT)**

Dear Judge Tiscione:

    This firm represents Seasons at Massapequa Home Owners Assoc. Inc. and FPS Phase II LLC d/b/a Fairfield Properties (the "Defendants") in the above-referenced matter initiated by plaintiffs, Ana Heres and Delfina McKinnon ("Plaintiffs") (collectively, the "Parties"). In accordance with the Court's Individual Rules, we submit an application on behalf of all Parties seeking a sixty (60) day extension of time of the following deadlines. As detailed below, good cause exists for the extensions.

1. All fact discovery currently due on March 16, 2026 now to be completed by May 15, 2026;
2. Exchange of expert reports currently due on April 17, 2026 now to be exchanged on June 16, 2026;
3. Expert depositions currently to be completed by May 18, 2026 now to be completed by July 17, 2026;
4. Completion of all discovery currently due on May 18, 2026 now to be completed by July 17, 2026; and
5. Final date to take first step in dispositive motion practice currently due on June 29, 2026 now to be completed by August 28, 2026.

    A copy of the proposed revised discovery plan worksheet is enclosed setting forth the above-referenced dates. This is the Parties' third request for an extension of the completion of discovery and good cause exists. Plaintiff's counsel was ill at the beginning of January, which temporarily impacted counsel's ability to participate fully in discovery-related matters. In addition, in January and February, Defense counsel was required to travel out of state multiple times due to an illness and subsequent death in the family. Counsel's absence extended longer than originally anticipated, which impacted counsel's ability to participate fully in discovery-related matters.

  These unforeseen circumstances have affected the Parties' ability to complete discovery within the current deadlines. The requested extension is made in good faith and not for purposes of delay, but to allow the Parties sufficient time to complete outstanding discovery and prepare the matter for the next stage of proceedings. The parties have scheduled certain depositions and are in the process of scheduling others.

  Thank you for Your Honor's attention and consideration of this matter. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,<br>
Kaufman Dolowich, LLP<br><br>
*/s/ Jennifer E. Sherven*<br><br>
Jennifer E. Sherven<br>
Joseph Farneti

cc: All Counsel of Record (via ECF)

4929-5702-0562, v. 1