# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Jennifer E. Sherven, Esq.**
JSherven@kaufmandolowich.com

**Joseph Farneti. Esq.**
Joseph.Farneti@kaufmandolowich.com

June 8, 2026

**VIA EMAIL**
Magistrate Judge Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:** ***Ana Heres, et al. v. Seasons at Massapequa Home Owners Assoc. Inc.,
> et al.***
> **Case No. 24-cv-7770 (GRB) (ST)**

Dear Magistrate Judge Tiscione:

Defendants respectfully submit this letter motion requesting the Court's permission for Defendants' assigned insurance carrier representative, Dan Rice, to participate in the settlement conference scheduled for June 11, 2026, at 11:00 a.m. in Courtroom 910, Alfonse M. D'Amato U.S. Courthouse, Central Islip, New York by telephone audio or videoconference. Plaintiff objects to this request stating, "I think everyone should be there."

Representatives of both of the named defendants will be attending in person with counsel. Mr. Rice is a Claims Consultant for Defendants' insurance carrier CNA Insurance and is located out-of-state. Requiring his in-person appearance would impose an unnecessary burden in light of the availability of remote participation, which would allow him to fully and meaningfully participate in the conference without prejudice to any party. This is especially so where the Defendants will be present in person.

Defendants respectfully submit that permitting Mr. Rice to appear remotely will not hinder the effectiveness of the settlement conference. Mr. Rice will be available for the duration of the conference, will participate in good faith, and will be accessible at all times to engage in discussions and respond promptly to any inquiries from the Court.

Defendants therefore respectfully request that the Court grant this application and permit Mr. Rice to attend the settlement conference via telephone or videoconference.

Thank you for the Court's consideration of this request.

Sincerely yours,
Kaufman Dolowich LLP

Jennifer E. Sherven
Joseph Farneti

cc: All counsel of Record (Via ECF)