**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | June 11, 2026 |
| TIME: | 11:00 a.m. |
| DOCKET NUMBER(S): | 24cv7770-GRB-ST |
| NAME OF CASE(S): | Heres et al v. Seasons at Massapequa Home Owners Assoc. Inc. et al |
| FOR PLAINTIFF(S): | Bahamonde |
| FOR DEFENDANT(S): | Sherven, Farneti |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Not Recorded. |

RULINGS FROM   Settlement Conference   :

Settlement discussions were held and the parties were able to reach a tentative agreement subject to separate negotiation of attorneys fees.  Discovery is stayed for 60 days so that parties can finalize settlement terms and will file either the stipulation of dismissal or a status report by August 11, 2026.