**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ANA HERES and DELFINA McKINNON,

Plaintiffs,

-against-

SEASONS AT MASSAPEQUA HOME
OWNERS ASSOC. INC. and FPS PHASE II
LLC d/b/a FAIRFIELD PROPERTIES,

Defendants.

**Case No. 24-cv-7770 (SLT)**

**STATEMENT NOTING DEATH AND
NOTICE TO THE COURT AND
PARTIES PURSUANT TO FED. R.
CIV. P. 25(a)**

## STATEMENT NOTING DEATH

**PLEASE TAKE NOTICE** that Plaintiff Delfina McKinnon died on July 7, 2026. This Statement Noting Death is filed pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure to place Ms. McKinnon's death upon the record and to notify the Court and all parties of that death.

Upon information and belief, Ms. McKinnon died testate, leaving a Last Will and Testament. Counsel has been advised that Surrogate's Court intervention will be sought to identify and/or appoint a successor, executor, administrator, or other proper representative authorized to continue this action on behalf of the Estate of Delfina McKinnon.

Plaintiffs respectfully submit this notice without prejudice to any party's rights under Rule 25(a), and Plaintiffs anticipate seeking substitution of the proper party after the appropriate Surrogate's Court determination or appointment has been made.

## NOTICE TO THE COURT AND ALL PARTIES

The Court and all parties are hereby notified that the identity and authority of a successor or representative for the Estate of Delfina McKinnon has not yet been determined through the Surrogate's Court. Plaintiffs will notify the Court and parties and, if appropriate, move for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1) after a duly authorized successor or representative has been identified and/or appointed.

Dated: North Bellmore, New York
July 23, 2026

Respectfully submitted,

**LAW OFFICES OF JAMES E.
BAHAMONDE, P.C.**

By:  /s/ James E. Bahamonde

1

James E. Bahamonde, Esq.
Attorney for Plaintiffs
2501 Jody Court
North Bellmore, New York 11710
(646) 290-8258
James@CivilRightsNY.com

TO:
Jennifer E. Sherven
Kaufman Dolowich , LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY, 11797
jsherven@kaufmandolowich.com (Other

2

 **wake up to**

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, I caused the foregoing Statement Noting Death and Notice to the Court and Parties Pursuant to Federal Rule of Civil Procedure 25(a) to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send notice of such filing to all counsel of record who are registered CM/ECF users.

To the extent service on any non-party successor or representative is required by Federal Rule of Civil Procedure 25(a)(3), such service will be made in accordance with the Federal Rules of Civil Procedure after such successor or representative is identified.

_____
James E. Bahamonde, Esq.