**Law Offices of James E. Bahamonde, PC**

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

September 23, 2026

**BY ECF**

Honorable Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re. Heres, et al v. Seasons At Massapequa Home Owners Assoc. Inc., et al, 24cv7770 (SLT)**

Dear Magistrate Judge Tiscione:

I represent Plaintiffs in the above-referenced action and write jointly on behalf of all parties to respectfully request that the Telephone Status Conference scheduled for September 25, 2026 be adjourned, and that this action be stayed until an Administrator of the Estate of Plaintiff Delfina McKinnon, who passed away on July 6, 2026, is appointed by the Surrogate's Court and substituted as a party.

By Order dated June 11, 2026, the Court directed the parties to file a status report or a stipulation of dismissal by August 11, 2026. Ms. McKinnon passed away on July 6, 2026. On July 23, 2026, Plaintiffs filed a Statement Noting Death pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, advising the Court of her death. As set forth in that filing, Plaintiffs intend to move for substitution of the proper party once a representative of Ms. McKinnon's Estate has been identified and appointed.

Counsel for Ms. McKinnon's Estate has been advised of the need to have an Administrator appointed and will petition the Surrogate's Court for that appointment. Accordingly, the parties respectfully request that this action be stayed to afford sufficient time for the appropriate representative of the Estate to be appointed and for Plaintiffs to seek substitution pursuant to Rule 25(a)(1).

The parties further respectfully request that the Telephone Status Conference presently scheduled for September 25, 2026 at 12:30 p.m. be adjourned, and that the stay remain in effect through November 30, 2026, on or before which date the parties will submit a joint status report apprising the Court of the status of the Estate proceedings and of Plaintiffs' anticipated motion for substitution.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

cc: (via ECF)
Jennifer Sherven, Esq.
Joseph Farneti, Esq.
*Attorney for Defendants*